**No. 46486.**—Protests 987682–G, etc., of Geo. Borgfeldt Corp. (San Francisco).

Opinion by OLIVER, P. J. It was stipulated that the manger sets and crib sets in question are similar to those the subject of Abstract 45502. In accordance therewith the claim at 25 percent under paragraph 1403 was sustained.

**No. 46487.**—Protest 993804–G of China Importing Co. (San Francisco).

Opinion by OLIVER, P. J. At the trial it was agreed that certain of the items in question are in part of bamboo and are not used chiefly for the amusement of children. In accordance therewith the claim at 45 percent under paragraph 409 was sustained.

**No. 46488.**—Protest 48798–K of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. On the authority of Abstract 40492 the paper balls in question were held dutiable at 35 percent under paragraph 1413 in accordance with stipulation of counsel.

BEFORE THE THIRD DIVISION, OCTOBER 20, 1941

**No. 46489.**—Protests 33301–K, etc., of D. & B. Import Corp. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

OCTOBER 16, 1941

**No. 46490.**— —Protest 979919–G of Gardex, Inc. C. D. 524. Plaintiff's application for rehearing denied.

BEFORE THE THIRD DIVISION, OCTOBER 22, 1941

**No. 46491.**—Protest 53316–K of Clicquot Club Co. (Boston).

Opinion by CLINE, J. It was stipulated that the merchandise is similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). It was therefore held entitled to free entry under paragraph 1768 as ginger root, not preserved or candied, unground, as claimed.